Denise Joana Johnston Gomez T837420
Name and Prisoner/Booking Number

Estrella Detention Center
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

```
┌─────────────────────────┐
│ ☒ FILED     ___ LODGED  │
│ ___ RECEIVED ___ COPY   │
│                         │
│      NOV 0 1 2023        │
│  CLERK U S DISTRICT COURT│
│   DISTRICT OF ARIZONA    │
│ BY_____   DEPUTY   │
└─────────────────────────┘
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Denise Joana Johnston Gomez
(Full Name of Plaintiff)

                    Plaintiff,

v.

(1) Paul Penzone
(Full Name of Defendant)

(2)_____,

(3)_____,

(4)_____,

                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV23-02271-PHX-ROS--ASB**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.   JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
     ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
     ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
     ☐ Other:_____

2.   Institution/city where violation occurred: Estrella Detention Facility
3.                                               Phoenix, Az 85009

**550/555**

**B.  DEFENDANTS**

1.    Name of first Defendant: Paul Penzone_____.  The first Defendant is employed
as: maricopa County sherrif dept,_____ at Estrella detention facility.
                  (Position and Title)                                    (Institution)

2.    Name of second Defendant: Clint Hickman_____.  The second Defendant is employed as:
as: Board member_____ at Estrella detention facility.
                  (Position and Title)                                    (Institution)

3.    Name of third Defendant: Dawn Noggle_____.  The third Defendant is employed
as: Community Health_____ at Community Health center
                  (Position and Title)                                    (Institution)

4.    Name of fourth Defendant:_____.  The fourth Defendant is employed
as:_____ at_____
                  (Position and Title)                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

**C.  PREVIOUS LAWSUITS**

1.    Have you filed any other lawsuits while you were a prisoner?        ☐ Yes        ☒ No

2.    If yes, how many lawsuits have you filed?_____.  Describe the previous lawsuits:

  a.  First prior lawsuit:
      1.    Parties:_____ v. _____
      2.    Court and case number:_____.
      3.    Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
           _____

  b.  Second prior lawsuit:
      1.    Parties:_____ v. _____
      2.    Court and case number:_____.
      3.    Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
           _____

  c.  Third prior lawsuit:
      1.    Parties:_____ v. _____
      2.    Court and case number:_____.
      3.    Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
           _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: _8th Amendment_
    _Health and safety negligence_

2.  **Count I.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.

    ☒ Basic necessities          ☐ Mail              ☐ Access to the court          ☐ Medical care
    ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion         ☐ Retaliation
    ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other:_____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    _Defendants deferred maintenance is excessive & failure to maintain the_
    _building is the proximate cause of unhealthy & unsanitary conditions thus_
    _permitting the proliferation of excessive water moisture in the building structure._
    _Causing an extraordinary growth of mold. In drywall, joists, beams and other_
    _building structural components. There is excessive and atypical mold growth_
    _In the building. The growth is caused by long term water leaks and_
    _the widespread mold_
    _( Cont. page 7 attached )_

4.  **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).
    _Defendant knew or should have known that his_
    _failure to exercise due care would cause plaintiff_
    _severe distress_        _(cont. page 8 attached)_

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes    ☐ No
    b.  Did you submit a request for administrative relief on Count I?  ☐ Yes    ☒ No
    c.  Did you appeal your request for relief on Count I to the highest level?  ☐ Yes    ☒ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  _medical staff and officers failed to_
    _acknowledge black mold as a concern_

3

**COUNT II**

1.   State the constitutional or other federal civil right that was violated: _____
_____

2.   **Count II.**  Identify the issue involved.  Check **only one.**   State additional issues in separate counts.

☒ Basic necessities          ☐ Mail            ☐ Access to the court        ☐ Medical care
☐ Disciplinary proceedings   ☐ Property        ☐ Exercise of religion       ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____

5.   **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at
      your institution?                                                         ☐ Yes      ☐ No
   2. Did you submit a request for administrative relief on Count II?            ☐ Yes      ☐ No
   3. Did you appeal your request for relief on Count II to the highest level?   ☐ Yes      ☐ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
      did not. _____
      _____

4

## COUNT III

1.   State the constitutional or other federal civil right that was violated: _____
_____

2.   **Count III.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.

☐ Basic necessities          ☐ Mail          ☐ Access to the court          ☐ Medical care
☐ Disciplinary proceedings   ☐ Property      ☐ Exercise of religion         ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other:_____

3.   **Supporting Facts.**  State as briefly as possible the FACTS supporting Count III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5.   **Administrative Remedies.**
   1.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                          ☐ Yes    ☐ No
   2.  Did you submit a request for administrative relief on Count III?        ☐ Yes    ☐ No
   3.  Did you appeal your request for relief on Count III to the highest level?   ☐ Yes    ☐ No
   4.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.   _____
_____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

for general special and consequential damage
in sam in excess of $75,000.00 plus intrest
therean for punitive damages according to proof
For cost of suit incurred herein for such other
and further relief as the Court may deem just
and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/5/23
              DATE                                    SIGNATURE OF PLAINTIFF


_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


_____
(Signature of attorney, if any)


_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

## D). Cause of Action
### Count I

3) Supporting facts (Cont)

Contamination is a health risk to the plantiff.
Defendant pointed over visible mold, which plantiff
is informed and believed and thereon allege is not
within the standard of care in the mold abatement
industry and does not eliminate risks to the plantiff
of exposure to toxic mold. In or about 2019, Defendant
Knew or should have Known about the black mold
Contamination. Defendant has failed to adopt and implement
reasonable standards for adequately cleaning the mold.
plaintiff is informed and believed, and thereon allege,
that the Defendents conduct was intentional and malicius
and done for the purpose of causins plaintiff to suffer
humilation, mental anguish, and emotional and physical distress
and was done with a wanton and reckless disregard of
consequences to the plaintiff. The above described conduct
is outrageous, actrocious, so extreme in degree to go beyond
all possible bounds of decency and utterly intolerable in a
civilized community.

Page 8

4.) Injury (Cont.)

Plaintiff is informed and believe and thereon allege that as a direct and proximate result of the acts alleged above plaintiff suffered humiliation, mental anguish and severe emotional and physical distress and has been injured in mind and body.

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

# <u>CERTIFICATION</u>

I hereby certify that on this date _____ **October 26, 2023** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

____ Hon _____ United States District Court, District of Arizona.

____ Hon _____ United States District Court, District of Arizona.

____ Attorney General, State of Arizona, _____

____ Judge _____ Superior Court, Maricopa County, State of Arizona.

____ County Attorney, Maricopa County, State of Arizona _____

____ Public Defender, Maricopa County, State of Arizona _____

____ Attorney _____

____ Other _____

____    _____

____    _____

_____    **B5642**
Legal Support Specialist Signature    S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009